# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BERNADETTE EBERT-JOHNSON

            Debtor(s)

                                     CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant

vs.

BERNADETTE EBERT-JOHNSON

                                     CASE NO: 5-16-01577-JJT

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

      AND NOW, on October 3, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.     A Plan was filed on April 13, 2016.

2.     A Confirmation hearing was held and an Order was entered on July 12, 2016 directing that an amended plan be filed within thirty (30) days.

3.     As of the date of this Motion, an amended plan has not been filed.

4.     The delay in filing a confirmable plan in this case is prejudicial to creditors.

      WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                            Respectfully submitted,

                            s/  Agatha R. McHale, Esq.
                            Attorney for Trustee
                            Charles J. DeHart, III
                            Standing Chapter 13 Trustee
                            Ste. A, 8125 Adams Drive
                            Hummelstown, PA  17036
                            717-566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  BERNADETTE EBERT-JOHNSON

                                           CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE                     CASE NO: 5-16-01577-JJT
            Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:    November 15, 2016<br><br>Time:    09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before**:**
*October 20, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated:  October 3, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    BERNADETTE EBERT-                          CHAPTER 13
          JOHNSON

                                                    CASE NO: 5-16-01577-JJT

              Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
              Movant

### CERTIFICATE OF SERVICE

AND NOW, on October 3, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA  18431-

BERNADETTE EBERT-JOHNSON
835 HIDDEN LAKE DRIVE
EAST STROUDSBURG, PA  18302

                              Respectfully Submitted,
                              s/   Vickie Williams
                              for Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

Dated:  October 3, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    BERNADETTE EBERT-JOHNSON

              Debtor(s)                          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
              Movant

vs.

BERNADETTE EBERT-JOHNSON                 CASE NO: 5-16-01577-JJT

              Respondent(s)


## ORDER DISMISSING CASE


Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.