In re:                                                                    Case No. 16-01577-JJT
Bernadette Ebert-Johnson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Oct 05, 2016
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db             +Bernadette Ebert-Johnson,    835 Hidden Lake Drive,    East Stroudsburg, PA 18302-9169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
          John J. Martin    on behalf of Debtor Bernadette  Ebert-Johnson jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
          Joseph Angelo Dessoye    on behalf of Creditor    Harley-Davidson Credit Corp pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

BERNADETTE EBERT-JOHNSON     :  Case No. 5-16-bk-01577-JJT

                :

                :  Chapter 13

         *Debtor*  :

**ORDER GRANTING MOTION TO CONVERT DEBTOR'S CHAPTER 13
<u>BANKRUPTCY CASE TO CHAPTER 7</u>**

Upon consideration of the foregoing Motion and good cause having been shown, it is

   **ORDERED**, that the above captioned Motion by Debtor to Convert to Chapter 7

Bankruptcy is hereby GRANTED.

  Dated: October 4, 2016

        **By the Court,**

        _____

        John J. Thomas, Bankruptcy Judge
                 **(RPR)**