# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bernadette Ebert-Johnson <u>Debtor(s)</u> | BKY. NO. 16-01577 JJT<br><br>CHAPTER 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9290

                                                       Respectfully submitted,

                                                       **/s/ Thomas Puleo**
                                                       Thomas Puleo, Esquire
                                                       James C. Warmbrodt, Esquire
                                                       KML Law Group, P.C.
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA 19106-1532
                                                       (215) 825-6306  FAX (215) 825-6406
                                                       Attorney for Movant/Applicant